THE HONORABLE JAMES L. ROBART

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR25-067-JLR |
| Plaintiff, | |
| v. | ORDER TO EXTEND PRETRIAL MOTIONS DEADLINE |
| MOHAMMED ASIF, | |
| Defendant. | |

THE COURT has considered the unopposed motion to extend the pretrial motions deadline along with the records in this case.

IT IS ORDERED that the due date for pretrial motions is extended from May 30, 2025, to June 6, 2025.

DONE this 30th day of May, 2025.

_____
JAMES L. ROBART
UNITED STATES DISTRICT JUDGE

Presented by:

s/ *Corey Endo*
First Assistant Defender
Attorney for Mohammed Asif

ORDER TO EXTEND PRETRIAL
MOTIONS DEADLINE
(*United States v. Asif*, CR25-067-JLR) - 1

FEDERAL PUBLIC DEFENDER
1601 Fifth Avenue, Suite 700
Seattle, WA 98101
(206) 553-1100