The Hon. James L. Robart

# UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA, <br><br> Plaintiff, <br><br> v. <br><br> MOHAMMED ASIF, <br><br> Defendant. | NO. CR25-067-JLR <br><br> **ORDER OF FORFEITURE** |

THIS MATTER comes before the Court on the United States' Motion for Order of Forfeiture (the "Motion") seeking to forfeit, to the United States, Defendant Mohammed Asif's interest in a sum of money (also known as a forfeiture money judgment) in the amount of $1,174,813.33, representing the gross proceeds Defendant personally obtained from commission of *Conspiracy to Commit Health Care Fraud*, in violation of 18 U.S.C. § 1349.

The Court, having reviewed the United States' Motion, as well as the other papers and pleadings filed in this matter, hereby FINDS an Order of Forfeiture is appropriate because:

- The proceeds of *Conspiracy to Commit Health Care Fraud*, in violation of 18 U.S.C. § 1349, are forfeitable pursuant to 18 U.S.C. § 982(a)(7);

Order of Forfeiture - 1
*United States v. Asif,* CR25-067-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

- In his Plea Agreement, Defendant agreed to forfeit his interest in a sum of money in the amount of $1,174,813.33, pursuant to 18 U.S.C. § 982(a)(7), as this sum represents the gross proceeds that he personally obtained from his commission of *Conspiracy to Commit Health Care Fraud*, to which he entered a guilty plea (Dkt. No. 26, ¶¶ 8(g),14); and

- The forfeiture of this $1,174,813.33 sum of money is personal to Defendant; pursuant to Federal Rule of Criminal Procedure ("Fed. R. Crim. P.") 32.2(c)(1), and no third-party ancillary process is required before forfeiting it.

NOW, THEREFORE, THE COURT ORDERS:

1. Pursuant to 18 U.S.C. § 982(a)(7), and his Plea Agreement, Defendant's interest in the above-identified $1,174,813.33 sum of money is fully and finally forfeited, in its entirety, to the United States;

2. Pursuant to Fed. R. Crim. P. 32.2(b)(4)(A)–(B), this Order will become final as to Defendant at the time he is sentenced; it will be made part of the sentence; and it will be included in the judgment;

3. No right, title, or interest in the identified sum of money exists in any party other than the United States;

4. Pursuant to Fed. R. Crim. P. 32.2(e), in order to satisfy this $1,174,813.33 sum of money, in whole or in part, the United States may move to amend this Order, at any time, to include substitute property having a value not to exceed $1,174,813.33; and,

///

///

Order of Forfeiture - 2
*United States v. Asif,* CR25-067-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970

1     5.    The Court will retain jurisdiction in this case for the purpose of enforcing this Order, as necessary.

IT IS SO ORDERED.

DATED this __18th__ day of __November__, 2025.

                                                                  _____
                                                                  THE HON. JAMES L. ROBART
                                                                  UNITED STATES DISTRICT JUDGE

Presented by:

_s/ Karyn S. Johnson_
KARYN S. JOHNSON
Assistant United States Attorney
United States Attorney's Office
700 Stewart Street, Suite 5220
Seattle, WA 98101
Phone: (206) 553-2462
Fax: (206) 553-6934
Karyn.S.Johnson@usdoj.gov

Order of Forfeiture - 3
*United States v. Asif,* CR25-067-JLR

UNITED STATES ATTORNEY
700 STEWART STREET, SUITE 5220
SEATTLE, WASHINGTON 98101
(206) 553-7970