Hon. James L. Robart

UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff<br><br>v.<br><br>MOHAMMED ASIF,<br><br>Defendant. | No. 2:25-cr-00067-JLR<br><br>[Proposed] Order Granting United States'<br>Motion to Apply Seized Property to Judgment<br>Debt |

The United States of America moved for an order authorizing the Federal Bureau of Investigation to apply certain property seized from Defendant Mohammed Asif to Mr. Asif's judgment debt balance in this case. The Court has reviewed the United States' motion and any response and reply thereto.

For the reasons stated in the United States' motion, the Court GRANTS the motion and authorizes the FBI to deliver to the Clerk of this Court $4,902.00 that it seized from Mr. Asif

//

//

//

//

[Proposed] Order Granting United States' Motion to
Apply Seized Property to Judgment Debt
*United States v. Mohammed Asif*, No. 2:25-cr-00067 - 1

during his arrest.  The Clerk shall apply the payment to Mr. Asif's judgment debt balance in this case.

DATED this 19th day of  February  2026.

_____
HON. JAMES L. ROBART
United States District Court Judge

Presented by:

s/ *Kyle A. Forsyth*
Kyle A. Forsyth, WSBA #34609
Assistant United States Attorney

[Proposed] Order Granting United States' Motion to
Apply Seized Property to Judgment Debt
*United States v. Mohammed Asif*, No. 2:25-cr-00067 - 2